| | | | | |
|---|---|---|---|---|
| Alexandroff (Price), In re ....... | 399CD17 | 04/24/2017 | Allegheny County No. GD–17–3879 | Affirmed. |
| Golf Enterprises, Inc. v. Newberry Twp. ..................... | 97CD16 | 04/25/2017 | York County 2013–SU–004461–54 | Affirmed |
| O'Leary White (Price), In re .... | 398CD17 | 04/25/2017 | Allegheny County GD 17–3878 | Affirmed |
| Grimaud (Brier), In re.......... | 418CD17 | 04/25/2017 | Wyoming and Sullivan County 2017–241 C.P. | Affirmed |
| Germantown Cab Co. v. Phila. Parking Authority ........... | 964CD16 | 04/26/2017 | Philadelphia County May Term, 2015 No. 01020 | Affirmed |
| McCready v. PA Turnpike Comm | 1762CD16 | 04/26/2017 | Lawrence County 2012–70025 | Vacated and Remanded |
| Cruz–Ortiz v. WCAB (McFarland Lanscape Svc) .............. | 1459CD16 | 04/27/2017 | Workers' Compensation Appeal Board A15–1144 | Affirmed |
| Serota v. London–Towne Homeowners................... | 2073CD16 | 04/27/2017 | Allegheny County GD No. 15–010087 | Affirmed |
| Wright v. PBPP ............... | 1906CD15 | 04/28/2017 | Board of Probation & Parole Parole No. 100ED | Affirmed |
| Malone v. PSP ................ | 577MD15 | 04/28/2017 | Original Jurisdiction | Objections Sustained |
| Mshimba v. Commonwealth .... | 49CD16 | 05/01/2017 | Pike County 875–2015–CV | Affirmed |
| Juskowich v. Washington Twp ZHB ...................... | 536CD16 | 05/01/2017 | Greene County Misc. Docket No. 64, 2015 | Affirmed |
| McNeil v. UCBR .............. | 955CD16 | 05/01/2017 | Unemployment Compensation Board of Review B–588293 | Affirmed |
| Dept. of Corrections v. Fiorillo .. | 1043CD16 | 05/01/2017 | Office of Open Records AP 2015–0211 | Affirmed and Reversed |
| K.B. v. DHS .................. | 1070CD16 | 05/01/2017 | Bureau of Hearings and Appeals, Department of Human Services 021–16–0062 | Affirmed |
| Myrick v. Torres .............. | 1300CD16 | 05/01/2017 | Montgomery County No. 2016–12793 | Affirmed |
| Wynder–Donovan v. UCBR ..... | 1309CD16 | 05/01/2017 | Unemployment Compensation Board of Review B–590629 | Affirmed |